TRISTAN MOSIER, SBN 353638
BAY AREA LEGAL AID
1735 Telegraph Avenue
Oakland, CA 94612
Phone: (510) 250-5266
Fax: (510) 663-4740
Email: tmosier@baylegal.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 4:26-cv-04754-HSG<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 16, 2026, to October 15, 2026, for Plaintiff to file a Motion for Summary Judgment. This is the first stipulation for an extension of time requested by Plaintiff in this matter and is necessary to allow Plaintiff sufficient time to review the record and draft the motion. The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated: August 12, 2026

By: /s/ Tristan Mosier
TRISTAN MOSIER
Bay Area Legal Aid
Attorney for Plaintiff

Dated: August 12, 2026

By: /s/ Erin Highland
ERIN HIGHLAND
(PER AUTHORIZATION)
Attorney for Defendant

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization from Erin Highland, to affix their electronic signature to this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/14/2026

Haywood S. Gilliam, Jr.
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE